**Terrance T. HAGGINS, Plaintiff–Appellant,**

v.

**BURT, Warden of Lieber Correctional Institution, in his individual capacity; Boyd, Lieber Correctional Institution, in her individual capacity; Deborah Rowe, Lieber Correctional Institution, Disciplinary Hearing Officer, in her individual capacity; Franklin E. Jones; Fuller, Officer, Lieber Correctional Institution, in his individual capacity; Charles Rodgers, Officer, Lieber Correctional Institution, in his individual capacity; Jenkins, Lieber Correctional Institution Grievance Coordinator, in her individual capacity; Williams, Officer, Lieber Correctional Institution, in his individual capacity, Defendants–Appellees.**

No. 08–6464.

United States Court of Appeals, Fourth Circuit.

Submitted: June 11, 2008.

Decided: Nov. 10, 2008.

Terrance T. Haggins, Appellant Pro Se. Eugene P. Corrigan, III, Jacqueline Gottfried Grau, Grimball & Cabaniss, Charleston, South Carolina, for Appellees.

Before NIEMEYER, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Terrance T. Haggins, a South Carolina prisoner, appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge, and we find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Haggins v. Burt,* No. 4:07–cv–00931–HMH, 2008 WL 697159 (D.S.C. March 12, 2008). We also deny Haggins' motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*